IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02270-BNB

WILLIAM H. WESSON,

Plaintiff,

v.

JOHN DOE, aka KURT KUXHAUSEN,
JANE DOE, aka AMANDA ROCQUE, and
ROBERT E. BLACKBURN,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 0 3 2008

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff William H. Wesson initiated this action by filing **pro se** a "Complaint

Under Authority of 42 U.S.C. § 1983 and 28 U.S.C. § 2201." In an order filed on

October 20, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to

commence a civil action and directed Mr. Wesson to cure certain deficiencies if he

wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr.

Wesson to file the complaint on the proper form and either to pay the filing fee or to file

a motion seeking leave to proceed **in forma pauperis** pursuant to 28 U.S.C. § 1915.

Mr. Wesson was warned that the complaint and the action would be dismissed without

further notice if he failed to cure the deficiencies within thirty days.

On November 17, 2008, Mr. Wesson filed an amended pleading on the proper

form. However, he has failed within the time allowed either to pay the filing fee or to file

a motion seeking leave to proceed **in forma pauperis** pursuant to 28 U.S.C. § 1915.

Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 3 day of _____ Dec . _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-02270-BNB

William H. Wesson
119 S. Spring Street
Aspen, CO 81611

     I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/3/08

GREGORY C. LANGHAM, CLERK

By:_____
               Deputy Clerk